IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRITTANY GOKHMAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  23-4183 |
| | : | |
| **ACTALENT, INC.** | : | |

# ORDER

**AND NOW**, this 21st day of July 2025, upon considering the parties' letter advising the court the matter settled (DI 56), it is **ORDERED**:

1. The action is **DISMISSED with prejudice** pursuant to Local Rule 41.1(b).

2. The Clerk of Court shall **close** this case.

*/s/ John F. Murphy*
**MURPHY, J.**